**Susie GRISSOM, On behalf of ZNE, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 15–3293

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2016

Filed: June 24, 2016

Susie Grissom, Pro se, Stamps, AR, for Plaintiff–Appellant.

Michael McGaughran, Michelle Marlana Myers Montemayor, Assistant General Counsel, Kendall Morrison Rees, Assistant Regional Counsel, Social Security Administration, Dallas, TX, for Defendant–Appellee.

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Susie Grissom, on behalf of her minor granddaughter ZNE, appeals the order of the district court[1] affirming the Commissioner's determination that ZNE is not entitled to child's disability benefits because her impairments do not meet, medically equal, or functionally equal, any listing. Upon careful de novo review of the record and the parties' submissions on appeal, see Moore ex rel. Moore v. Barnhart, 413 F.3d 718, 721 (8th Cir. 2005), we are satisfied that the Commissioner's decision is supported by substantial evidence on the record as a whole, and that Grissom's arguments provide no basis for reversal. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).